UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. HUMPHREYS,<br><br>    Plaintiff,<br><br>v.<br><br>SHAWN HATTON, et al.,<br><br>    Defendants. | Case No. 17-cv-05628-HSG (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 15 |

Good cause appearing, Plaintiff's motion for an extension of time to file an amended complaint is GRANTED. Plaintiff shall file an amended complaint by **April 27, 2018**. <u>Failure to amend within the designated time and in accordance with the order dismissing the complaint with leave to amend will result in the dismissal of this case.</u>

This order terminates Docket No. 15.

**IT IS SO ORDERED.**

Dated: 2/26/2018

                                          HAYWOOD S. GILLIAM, JR.
                                          United States District Judge