UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. HUMPHREYS,<br><br>    Plaintiff,<br><br>v.<br><br>SHAWN HATTON, et al.,<br><br>    Defendants. | Case No. 17-cv-05628-HSG (PR)<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 18 |

Good cause appearing, Plaintiff's second motion for an extension of time to file an amended complaint is GRANTED. Plaintiff shall file an amended complaint by **May 29, 2018**. <u>Failure to amend within the designated time and in accordance with the order dismissing the complaint with leave to amend will result in the dismissal of this case</u>.

This order terminates Docket No. 18.

**IT IS SO ORDERED.**

Dated: 5/2/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge