UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. HUMPHREYS,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTINEZ, et al.,<br><br>    Defendants. | Case No. 17-cv-05628-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>Re: Dkt. No. 28 |

Good cause appearing, plaintiff's motion for an extension of time to file his second amended complaint is GRANTED. Plaintiff shall file his second amended complaint no later than **October 19, 2018**.

This order terminates Docket No. 28.

**IT IS SO ORDERED.**

Dated: 8/7/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge