UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. HUMPHREYS,<br><br>Plaintiff,<br><br>v.<br><br>MARTINEZ, et al.,<br><br>Defendants. | Case No. 17-cv-05628-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>Re: Dkt. No. 38 |

Good cause appearing, plaintiff's motion for an extension of time to file his second amended complaint is GRANTED. Plaintiff shall file his second amended complaint no later than **January 18, 2019**.

Pursuant to plaintiff's request, the Clerk shall send plaintiff a blank civil rights complaint form along with his copy of this order. *See* Dkt. No. 37.

This order terminates Dkt. No. 38.

**IT IS SO ORDERED.**

Dated: 11/6/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge