1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4

5    DONALD R. HUMPHREYS,                    Case No. 17-cv-05628-HSG (PR)

6              Plaintiff,                    **ORDER GRANTING FOURTH**
                                             **EXTENSION OF TIME TO FILE**
7         v.                                 **SECOND AMENDED COMPLAINT;**
                                             **DENYING MOTONS FOR**
8    MARTINEZ, et al.,                       **PRELIMINARY INJUNCTION**

9              Defendants.                   Re: Dkt. Nos. 41, 43, 45

10

11

12          Plaintiff, an inmate at the Correctional Training Facility ("CTF") proceeding *pro se*, filed

13   this civil rights action pursuant to 42 U.S.C. § 1983.  On January 26, 2018, the Court reviewed his

14   complaint and dismissed it with leave to amend on the ground that there were a wide variety of

15   claims that appeared to be improperly joined, and the supporting facts were difficult to understand.

16   Plaintiff then filed an amended complaint alleging that various CTF officers stole his mail and

17   retaliated against him.  On July 19, 2018, the Court reviewed the amended complaint and found

18   that it stated First Amendment and Fourteenth Amendment claims as against CTF officers

19   McGriff, J. Martinez, Serna, Jimenez, and M. Perez for interference with plaintiff's mail.

20   Plaintiff's retaliation claim was dismissed with further to leave to amend.  Plaintiff has been

21   granted three extensions of time to file his second amended complaint.  Now before the Court is

22   plaintiff's fourth motion for an extension of time, requesting an additional 60 days to file his

23   second amended complaint.  Dkt. No. 45.  Plaintiff has also filed two motions for a preliminary

24   injunction, both of which include allegations that he asserts are "small" amendments to his claims.

25   Dkt. Nos. 41, 43.

26          Plaintiff represents that correctional officers at CTF have continued to steal his mail,

27   including the blank civil rights complaint forms and other legal mail that this Court has sent him.

28   Good cause appearing, plaintiff's fourth motion for an extension of time to file his second

United States District Court
Northern District of California

United States District Court
Northern District of California

1 amended complaint is GRANTED. It is unclear if plaintiff ever received the Court's most recent

2 order extending his deadline to January 18, 2019. In any event, because plaintiff requests sixty

3 days, the current deadline will be CONTINUED to **February 19, 2019**. No further extensions

4 will be granted. **Failure to file a second amended complaint by the deadline will result in the**

5 **dismissal of all claims except the First and Fourteenth Amendment claims against officers**

6 **McGriff, J. Martinez, Serna, Jimenez, and M. Perez.**

7 Plaintiff is reminded that parties may not file piecemeal complaints or amendments that

8 contain portions of claims and defendants. In order for the Court to consider plaintiff's "small"

9 amendments to his claims, they must be included in the second amended complaint. Plaintiff is

10 further reminded that a second amended complaint supersedes the original complaint and first

11 amended complaint. "[A] plaintiff waives all causes of action alleged in the original complaint

12 which are not alleged in the amended complaint." *London v. Coopers & Lybrand*, 644 F.2d 811,

13 814 (9th Cir. 1981). Plaintiff may not incorporate material from the prior complaints by reference.

14 Defendants not named in an amended complaint are no longer defendants. *See Ferdik v. Bonzelet*,

15 963 F.2d 1258, 1262 (9th Cir. 1992). Therefore, plaintiff must repeat his allegations against

16 officers McGriff, J. Martinez, Serna, Jimenez, and M. Perez in the second amended complaint if

17 he files a second amended complaint.

18 Plaintiff's motions for preliminary injunctions are DENIED. As was the case with

19 plaintiff's first motion for a preliminary injunction, plaintiff seeks to enjoin individuals who are

20 not parties to this action, and plaintiff fails to comply with the notice requirements of Fed. R. Civ.

21 P. 65(a)(1). *See* dkt. nos. 32, 34.

22 The Clerk shall send plaintiff another blank civil rights complaint form along with his copy

23 of this order. The Clerk is further directed to send a copy of this order to the CTF Litigation

24 Coordinator. The Litigation Coordinator is requested to notify the Court, within **thirty (30)** days

25 of this order, whether plaintiff received this order and the attached blank civil rights form and, if

26 not, the reasons why not.

27 Finally, given the seriousness of plaintiff's allegations that his legal and other mail is being

28 confiscated, the Clerk shall email a copy of this order to Monica Anderson,

2

1    monica.anderson@doj.ca.gov, at the California Attorney General's Office.  The Attorney

2    General's Office may respond to this order, in lieu of the CTF Litigation Coordinator, as

3    appropriate.

4        This order terminates Dkt. Nos. 41, 43, and 45.

5        **IT IS SO ORDERED.**

6    Dated:  12/19/2018

7

8                              HAYWOOD S. GILLIAM, JR.

9                              United States District Judge