UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD R. HUMPHREYS,

    Plaintiff,

v.

R BINKELE, et al.,

    Defendants.

Case No. 17-cv-05628-HSG

**JUDGMENT**

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice to re-filing when administrative remedies have been exhausted. Judgment is entered in favor of Defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 11/12/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge