UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD R. HUMPHREYS,

      Plaintiff,

   v.

R BINKELE, et al.,

      Defendants.

Case No. 17-cv-05628-HSG

**ORDER DENYING REQUEST FOR PRELIMINARY INJUNCTION**

Re: Dkt. No. 73

Plaintiff, an inmate at the Correctional Training Facility proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. On November 12, 2019, the Court dismissed this action without prejudice for failure to exhaust administrative remedies. Dkt. Nos. 71, 72. Plaintiff has now filed a request for an order to show cause or a temporary restraining order alleging that prison officials are preventing him from receiving his mail. Dkt. No. 73. This case is closed. The Court cannot order relief in this case. Accordingly, the request for a preliminary injunction is DENIED.

If plaintiff so wishes, he may file a new action seeking relief for the alleged civil rights violations. The Clerk is instructed to send plaintiff two copies of the Court's form complaint.

This order terminates Dkt. No. 73.

**IT IS SO ORDERED.**

Dated: 12/4/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge