UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. HUMPHREYS, | Case No. 17-cv-05628-HSG |
| Plaintiff, | **ORDER DENYING REQUESTS FOR TEMPORARY RESTRAINING ORDER** |
| v. | Re: Dkt. No. 75 |
| R BINKELE, et al., | |
| Defendants. | |

Plaintiff, an inmate at the Correctional Training Facility proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. On November 12, 2019, the Court dismissed this action without prejudice for failure to exhaust administrative remedies. Dkt. Nos. 71, 72. Plaintiff has now filed blank requests for temporary restraining orders against correctional officials Ray, Marius, Lipatore, Donaldson, Estrada, and Baker. Dkt. No. 75. This case is closed. The Court cannot order relief in this case. Accordingly, the requests for temporary restraining orders are DENIED as moot. No further filings will be accepted in this closed case.

**IT IS SO ORDERED.**

Dated: 1/23/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge